IN THE UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA )
) Cr. No. CR08-84ML
vs. ) In violation of 18 U.S.C.
) §§ 922(g)(1) and 924(a)(2)
)
GLENN CASE )

FILED
SEP 10 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about July 23, 2008, in the District of Rhode Island, the defendant, GLENN CASE, who was previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess, in and affecting interstate commerce, a firearm, that is, an Armi Tanfolio Giuseppe GT .25 caliber handgun, serial number S00646.

All in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

RICHARD W. ROSE
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Criminal Chief
Assistant U.S. Attorney

Date: 9/10/08