AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Rhode Island

## APPEARANCE

Case Number: CR08-84ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Glenn Case

I certify that I am admitted to practice in this court.

9/12/08
Date

Signature

Paul D. Gould
Print Name

4659
Bar Number

695 Warwick Ave
Address

Warwick RI
City State Zip Code

641 8603
Phone Number Fax Number