**IN THE UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR 08-84-ML** |
| | : | |
| **GLENN CASE** | : | |

**MOTION TO WITHDRAW**

Now comes the defendant in the above-entitled cause and moves to withdraw his attorney, Paul Gould, for reason that Defendant is financially unable to afford his services. Defendant would like to be appointed a public defender.

Respectfully submitted,
GLENN CASE,
By his attorney,

/s/ Paul Gould
Paul Gould, Esq.

**CERTIFICATION**

I hereby certify that on this 12th day of September, I forwarded a true copy of the within Motion to Withdraw, via facsimile and regular mail, postage prepaid, to:

Assistant US Attorney Richard Rose
50 Kennedy Plaza, 8th Floor
Providence, RI 02903