AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

RECEIVED
U.S. MARSHALS SERVICE
SEP 11 2008
District of Rhode Island

UNITED STATES OF AMERICA

V.

GLENN CASE

## WARRANT FOR ARREST

Case Number: CR08-84ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest GLENN CASE
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court

☐ Pretrial Release Violation Petition ☐ Probation Violation Petition ☐ Supervised Release Violation ☐ Violation Notice

charging him or her with (brief description of offense)
FELON IN POSSESSION OF A FIREARM

☑ in violation of Title 18 United States Code, Section(s) 922(g)(1) and 924(a)(2)

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| | |
|---|---|
| JEANNINE NOEL | [signature] |
| Name of Issuing Officer | Signature of Issuing Officer |
| DEPUTY CLERK | 09/10/2008 PROVIDENCE, RI |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9/11/08 | Eric Yankee S/A ATF | [signature] |
| DATE OF ARREST 9/12/08 | | |